IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| RAUL DE LA ROSA, | ) | |
| | ) | Case No. 15-3399 |
| Plaintiff-Appellee, | ) | |
| | ) | MOTION FOR EXTENSION OF TIME |
| v. | ) | TO FILE FOR REHEARING |
| | ) | |
| TROOPER MARK WHITE, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

Pursuant to 8th Cir. R. 27A(a)(2), Appellee Raul De La Rosa moves for an extension of time to file his petition for rehearing. In support of this motion, Appellee submits the following:

1. The petition for rehearing is currently due April 10, 2017, 14 days from the entry of judgment.

2. Undersigned counsel needs more time to research and determine whether a petition for rehearing is necessary.

3. Further, undersigned counsel will be out of town for a pressing family matter for most of the week leading to the current deadline.

4. For the above-stated reasons, Appellee seeks a 30 day extension of the deadline to file his petition for rehearing.

5. Good cause exists to grant this motion, which is made in the interests of justice.

WHEREFORE, Appellee respectfully requests the deadline for the filing of Appellee's petition for rehearing to be extended by 30 days.

Submitted April 3, 2017.

RAUL DE LA ROSA, Appellee.

By:  */s/ Katie M. Martens*
Katie M. Martens, #24252
Teichman Martens Law Firm LLP
301 S. 70th St, Suite 355
Lincoln, NE 68510
913-302-4067
katiemartenslaw@gmail.com
Attorney for Appellee

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2017, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Eighth Circuit using the CM/ECF system, causing notice of such filing to be served on Appellee's counsel of record.

By:  */s/ Katie M. Martens*

1